O

cc: order, docket, remand letter
San Bernardino County Superior
Court, Fontana, No. UDFS 120036

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-1 ASSET BACKED NOTES,<br><br>          Plaintiff,<br><br>     v.<br><br>RUBEN ALVARADO, CARLA ALVARADO,<br><br>          Defendants.<br>_____ | Case No. EDCV 12-00788 DDP (SPx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>[Docket No. 6] |

    Presently before the court is Plaintiff's Motion for Order Remanding Case to State Court ("Motion"). Defendants have not filed any opposition.

    As Plaintiff explains, there is no federal subject matter jurisdiction in this action. Plaintiff's unlawful detainer complaint raises only issues of state law, and the amount in controversy does not appear to exceed $75,000. Further, defenses and counterclaims based on federal law are insufficient to create federal jurisdiction. See U.S. Bank v. Teratyatstryan,

No. CV 12-2876, 2012 WL 1535453, at *3 (C.D. Cal. Apr. 30, 2012); <u>HSBC Bank USA v. Santiago</u>, No. CV 10-04127, 2011 WL 165382, at *1-2 (C.D. Cal. Jan. 18, 2011).  The court therefore grants Plaintiff's Motion and remands this case to state court.

IT IS SO ORDERED.

Dated: July 27, 2012

                                      DEAN D. PREGERSON
                                      United States District Judge